Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 5, 2014
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MITCHELL WRIGHT, <br><br> Defendant. | NO. CR14-033 RAJ <br><br> INDICTMENT |

The Grand Jury charges that:

**COUNT 1:**
*(Conspiracy to Distribute Methamphetamine)*

Between October 2013 and February 2014, in King and Snohomish Counties, within the Western District of Washington, defendant **MITCHELL WRIGHT** did knowingly and willfully combine, conspire, confederate and agree with others both known and unknown to the Grand Jury, to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), that this violation involved 5 grams or more of actual (pure) methamphetamine.

## COUNT 2:
### (Distribution of Methamphetamine)

On or about January 7, 2014, in Snohomish County, within the Western District of Washington, defendant **MITCHELL WRIGHT** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), that this violation involved 5 grams or more of actual (pure) methamphetamine.

## COUNT 3:
### (Distribution of Methamphetamine)

On or about January 8, 2014, in Snohomish County, within the Western District of Washington, defendant **MITCHELL WRIGHT** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), that this violation involved 5 grams or more of actual (pure) methamphetamine.

//

//

//

//

## CRIMINAL FORFEITURE -DRUG OFFENSE

As a result of committing the controlled substance offenses alleged in Counts 1-3 of this indictment, defendant **MITCHELL WRIGHT** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

A TRUE BILL:

DATED: 2-5-14

_____
Signature of Foreperson redacted
pursuant to the policy of the Judicial
Conference of the United States
FOREPERSON

ERIC H. HOLDER, Jr.
United States Attorney General

S. AMANDA MARSHALL
United States Attorney, D. Oregon

_____
LEAH K. BOLSTAD
Assistant United States Attorney, D. Oregon
Special Attorney, WDWA