Magistrate Judge Tsuchida

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 11 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL WRIGHT<br><br>Defendant. | NO.  CR14-33RAJ<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a drug offense with a maximum sentence of ten years or more, a serious risk the defendant will flee, and serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is

probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing at the initial appearance.

DATED this 11th day of February, 2014

Respectfully submitted,

ERIC H. HOLDER, JR.
United States Attorney General

S. AMANDA MARSHALL
United States Attorney, D. Oregon

_____
LEAH K. BOLSTAD
Assistant United States Attorney, D. Oregon
Special Attorney, WDWA

MOTION FOR DETENTION- WRIGHT - 2